B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Spice Modern Steakhouse, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-5289093** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**326 S Park Avenue**<br>**Winter Park, FL**<br>ZIP Code **32789** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 520085**<br>**Longwood, FL**<br>ZIP Code **32752-0085** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** David R. McFarlin 328855 ***
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Spice Modern Steakhouse, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                        **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Spice Modern Steakhouse, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

  Telephone Number (If not represented by attorney)

_____
  Date

### Signature of Attorney*

X **/s/ David R. McFarlin**
Signature of Attorney for Debtor(s)

  **David R. McFarlin 328855**
Printed Name of Attorney for Debtor(s)

  **Wolff, Hill, McFarlin & Herron, P.A.**
Firm Name

  **1851 West Colonial Drive**
  **Orlando, FL 32804**

  Address

  **(407) 648-0058  Fax: (407) 648-0681**
Telephone Number

  **October  4, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Manuel Tato**
Signature of Authorized Individual

  **Manuel Tato**
Printed Name of Authorized Individual

  **Chief Restructuring Officer**
Title of Authorized Individual

  **October  4, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
  Printed Name of Foreign Representative

_____
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
  Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
  Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
  Address

X _____

_____
  Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Spice Modern Steakhouse, Inc.**                                        ,    Case No. _____
                                                    Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **Level 1, Inc.**<br>**Middle District of Florida, Orlando Division** | **6:09-bk-19770-ABB**<br>**affiliate** | **12/29/09**<br>**Arthur B. Briskman** |
| **Pint American Gastopub, Inc.**<br>**Middle District of Florida, Orlando Division** | **6:11-bk-15040-ABB**<br>**affliate** | **10/03/11**<br>**Arthur B. Briskman** |
| **Tato Real Estate Holdings, Inc.**<br>**Middle District of Florida, Orlando Division** | **6:10-bk-13644-ABB**<br>**affiliate** | **08/02/10**<br>**Arthur B. Briskman** |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO   DIVISION

In re:

                                               Chapter 11

Spice Modern Steakhouse, Inc.                Case no.

         Debtor.
_____/

## VERIFIED STATEMENT OF DEBTOR PURSUANT TO SECTION 1116(b)

Debtor, Spice Modern Steakhouse, Inc. states pursuant to Section 1116(b) that: (i) no Federal income tax return for the Debtor has been filed; (ii) no balance sheet, statement of operations, or cash-flow statement has been prepared.

DATED this 4th day of October, 2011.

Spice Modern Steakhouse, Inc.

By:     /s/ Manuel Tato_____
           Manuel Tato, chief restructuring officer

## Certificate of Service

I certify that on October 4, 2011, a copy of this document was furnished to the United States Trustee by electronic mail.

/s/ David R. McFarlin_____
David R. McFarlin
Florida Bar No. 328855
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804
Telephone (407) 648-0058
Facsimile (407) 648-0681
Email: dmcfarlin@whmh.com
Attorneys for Debtor in Possession

G:\10975\Verified Statement 1116(b).docx

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Spice Modern Steakhouse, Inc.**             Case No. _____

                           Debtor(s)            Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A Linen Connection**<br>**2400 Dinneen Avenue**<br>**Orlando, FL 32804** | **A Linen Connection**<br>**2400 Dinneen Avenue**<br>**Orlando, FL 32804** | | | **960.14** |
| **Atlantic Restaurants**<br>**580 Sanford Avenue**<br>**Altamonte Springs, FL 32701** | **Atlantic Restaurants**<br>**580 Sanford Avenue**<br>**Altamonte Springs, FL 32701** | | | **963.00** |
| **Atlas Match, LLC**<br>**PO Box 1227**<br>**Euless, TX 76039** | **Atlas Match, LLC**<br>**PO Box 1227**<br>**Euless, TX 76039** | | | **892.42** |
| **City of Winter Park**<br>**401 Park Avenue South**<br>**Winter Park, FL 32789** | **City of Winter Park**<br>**401 Park Avenue South**<br>**Winter Park, FL 32789** | | | **791.68** |
| **City of Winter Park**<br>**401 Park Avenue South**<br>**Winter Park, FL 32789** | **City of Winter Park**<br>**401 Park Avenue South**<br>**Winter Park, FL 32789** | | | **6,627.13** |
| **Coca Cola Refreshments**<br>**PO Box 403390**<br>**Atlanta, GA 30384-3390** | **Coca Cola Refreshments**<br>**PO Box 403390**<br>**Atlanta, GA 30384-3390** | | | **680.61** |
| **Dept Business & Prof Regulat**<br>**1940 N Monroe St**<br>**Tallahassee, FL 32399-1011** | **Dept Business & Prof Regulat**<br>**1940 N Monroe St**<br>**Tallahassee, FL 32399-1011** | | | **2,301.73** |
| **Edward Don & Company**<br>**2562 Paysphere Cir**<br>**Chicago, IL 60674** | **Edward Don & Company**<br>**2562 Paysphere Cir**<br>**Chicago, IL 60674** | | | **640.03** |
| **Florida Dept. of Revenue**<br>**Bankruptcy Unit**<br>**PO Box 6668**<br>**Tallahassee, FL 32314-6668** | **Florida Dept. of Revenue**<br>**Bankruptcy Unit**<br>**PO Box 6668**<br>**Tallahassee, FL 32314-6668** | **sales tax** | | **135,923.52** |
| **Gordon Food Services**<br>**Dept CH 10490**<br>**Palatine, IL 60055-0490** | **Gordon Food Services**<br>**Dept CH 10490**<br>**Palatine, IL 60055-0490** | | | **16,101.67** |
| **Illugraph Studios**<br>**1917 Pine Bay Avenue**<br>**Lake Mary, FL 32746** | **Illugraph Studios**<br>**1917 Pine Bay Avenue**<br>**Lake Mary, FL 32746** | | | **1,100.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Spice Modern Steakhouse, Inc.**                                    Case No. _____
_____
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Jaguar Coffee Sales & Svc<br>13763 Linden Dr<br>Spring Hill, FL 34609 | Jaguar Coffee Sales & Svc<br>13763 Linden Dr<br>Spring Hill, FL 34609 | | | 1,583.70 |
| Micros of Central Fla<br>270 W Marvin Ave<br>Longwood, FL 32750-5473 | Micros of Central Fla<br>270 W Marvin Ave<br>Longwood, FL 32750-5473 | | | 1,026.90 |
| PA Partners, LLLP<br>PO Box 1720<br>Winter Park, FL 32790 | PA Partners, LLLP<br>PO Box 1720<br>Winter Park, FL 32790 | | | 43,316.82 |
| Premier Beverage Company LLC<br>PO Box 22637<br>Riverview, FL 33578 | Premier Beverage Company LLC<br>PO Box 22637<br>Riverview, FL 33578 | | | 3,354.32 |
| Procom Services<br>7025 CR 46A<br>Lake Mary, FL 32746 | Procom Services<br>7025 CR 46A<br>Lake Mary, FL 32746 | | | 3,721.34 |
| The Sign King<br>726 N Highway 17-92<br>Longwood, FL 32750 | The Sign King<br>726 N Highway 17-92<br>Longwood, FL 32750 | | | 2,375.40 |
| True World<br>5219 Forsyth Commerce Rd<br>Orlando, FL 32807 | True World<br>5219 Forsyth Commerce Rd<br>Orlando, FL 32807 | | | 1,373.98 |
| US Food Service<br>PO Box 330<br>Lakeland, FL 33802-0330 | US Food Service<br>PO Box 330<br>Lakeland, FL 33802-0330 | | | 1,933.52 |
| VS Publishing Company<br>7517 Currency Dr<br>Orlando, FL 32809 | VS Publishing Company<br>7517 Currency Dr<br>Orlando, FL 32809 | | | 5,349.62 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **October  4, 2011**                      Signature    **/s/ Manuel Tato**
_____                         _____
                                                                          **Manuel Tato**
                                                                          **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Spice Modern Steakhouse, Inc.
PO Box 520085
Longwood, FL 32752-0085

Dedalos, Inc.
2929 SW 3rd Ave Ste 520
Miami, FL 33129

Micros of Central Fla
270 W Marvin Ave
Longwood, FL 32750-5473

David R. McFarlin
Wolff, Hill, McFarlin & Herron, P.A.
1851 West Colonial Drive
Orlando, FL 32804

Dept Business & Prof Regulat
1940 N Monroe St
Tallahassee, FL 32399-1011

Nuvox
2301 Lucien Way
Maitland, FL 32751-7010

A Linen Connection
2400 Dinneen Avenue
Orlando, FL 32804

Earl K. Wood, Tax Collector
P.O. Box 2551
Orlando, FL 32800

OPICI Wine Company
5151 NW 5th Street
Ocala, FL 34482

Atlantic Restaurants
580 Sanford Avenue
Altamonte Springs, FL 32701

Edward Don & Company
2562 Paysphere Cir
Chicago, IL 60674

PA Partners, LLLP
PO Box 1720
Winter Park, FL 32790

Atlas Match, LLC
PO Box 1227
Euless, TX 76039

Florida Dept. of Revenue
Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314-6668

Premier Beverage Company LLC
PO Box 22637
Riverview, FL 33578

China Mist
PO Box 951651
Lake Mary, FL 32795-0998

Frank A Hamner, Esq
1011 N Wymore Rd
Winter Park, FL 32789-1754

Procom Services
7025 CR 46A
Lake Mary, FL 32746

City of Winter Park
Permits & Licensing Dept
401 Park Avenue South
Winter Park, FL 32789

Gordon Food Services
Dept CH 10490
Palatine, IL 60055-0490

RL Schreiber Inc
1741 NW 33rd Street
Pompano Beach, FL 33064

City of Winter Park
401 Park Avenue South
Winter Park, FL 32789

Illugraph Studios
1917 Pine Bay Avenue
Lake Mary, FL 32746

The Sign King
726 N Highway 17-92
Longwood, FL 32750

Coca Cola Refreshments
PO Box 403390
Atlanta, GA 30384-3390

Jaguar Coffee Sales & Svc
13763 Linden Dr
Spring Hill, FL 34609

Total Enviro Service
2712 E Colonial Dr
Orlando, FL 32803

True  World
5219  Forsyth  Commerce  Rd
Orlando, FL 32807


US  Food  Service
PO  Box  330
Lakeland, FL 33802-0330


VS  Publishing  Company
7517  Currency  Dr
Orlando, FL 32809